IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UBISOFT ENTERTAINMENT, S.A. AND UBISOFT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 22-cv-5418 <br><br> Judge Gary S. Feinerman |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 121**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC. hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motions are pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 121 | iOPQO 7-15Days Arrive |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: November 15, 2022     By:    s/Michael A. Hierl     
                                                                         Michael A. Hierl (Bar No. 3128021)
                                                                         William B. Kalbac (Bar No. 6301771)
                                                                         Robert P. McMurray (Bar No. 6324332)
                                                                         Hughes Socol Piers Resnick & Dym, Ltd.
                                                                         Three First National Plaza
                                                                         70 W. Madison Street, Suite 4000
                                                                         Chicago, Illinois 60602
                                                                         (312) 580-0100 Telephone
                                                                         mhierl@hsplegal.com

                                                                         Attorneys for Plaintiffs
                                                                         UBISOFT ENTERTAINMENT, S.A. and
                                                                         UBISOFT, INC.

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 15, 2022.

                                                     s/Michael A. Hierl